IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BRUGGEMAN,<br><br>                  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security;<br><br>                  Defendant. | **8:21CV304**<br><br>**ORDER** |

       This matter is before the Court on the application by the plaintiff, through his attorney of record, for leave to proceed *in forma pauperis* in this appeal from a decision by the Social Security Administration, Filing No. 2. The Court has reviewed the record, including the affidavit of the plaintiff, and finds the motion should be granted. *See* 28 U.S.C. § 1915. Accordingly,

       IT IS ORDERED:

       1.      Plaintiff's Application to Proceed In Forma Pauperis (Filing No. 2) is granted.

       2.      Service shall be effective pursuant to Fed. R. Civ. P. 4 (i).

       3.      The Clerk of the Court shall send a copy of this order together with three summons forms and three copies of USM Form 285 to plaintiff's counsel for service of process on the United States.

       4.      If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff. In making such a request, the plaintiff must complete USM Form 285 and the summons forms and return them to the Clerk of Court. The Clerk of Court will sign the summons forms and forward them with a copy of the plaintiff's Complaint to the U.S. Marshal for service of process.

5. This order is entered without prejudice to the Court later entering an order taxing costs in this case. This order does not relieve the plaintiff from the obligation to pay or reimburse taxable costs after this action is over.

Dated this 16th day of September, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge